In Re:                                                                                                    Case No.: 2–09–20035
                                                                                                          Chapter: 7
    Christina Crispell – Welch                                              SSN/TaxID:        xxx–xx–5722
       xref Crispell, Welch, xref Christina Crispell Welch

                                                             Debtor(s)

## CASE OPENING DEFICIENCY NOTICE

**The following case opening deficiencies are noted and must be promptly corrected by the debtor(s):**

[    ]    The Certificate of Credit Counseling [    ] is missing or [    ] incorrect form used. **DO NOT USE FORM 23**

[    ]    On Form 1, Exhibit D, [    ] Box 3 [    ] Box 4 has been checked. However, an accompanying Motion/Notice of Motion has not been filed.

[    ]    The document checked below <u>must</u> be filed separately. DO NOT FILE THESE DOCUMENTS AS PART OF THE PETITION.

    [    ]    Certificate of Credit Counseling **(BANKRUPTCY > OTHER > CERTIFICATE OF CREDIT COUNSELING)**

    [    ]    Chapter 7 Means Test (Form 22A) **(BANKRUPTCY > OTHER > CHAPTER 7 MEANS TEST)**

    [    ]    Chapter 13 Statement of Monthly and Disposable Income (Form 22 C) **(BANKRUPTCY > OTHER > CHAPTER 13 STATEMENT OF CURRENT MONTHLY AND DISPOSABLE INCOME)**

    [    ]    Chapter 13 Plan **(BANKRUPTCY > PLAN > CHAPTER 13 PLAN)**

[    ]    The debtor(s)' name(s) entered into CM/ECF does not coincide with the debtor(s)' name(s) displayed on the PDF file of the petition.

[    ]    Caption fails to specify aka/fka/dba/fdba for other names used by the debtor(s).

[    ]    Chapter 13 plan is missing and must be entered as follows: **BANKRUPTCY > PLAN > CHAPTER 13 PLAN**.

[ X ]    Creditor names and addresses were not uploaded or filed. E–filers must upload the .TXT file as follows: **BANKRUPTCY > CREDITOR MAINTENANCE > UPLOAD A CREDITOR MATRIX FILE.** Pro se filers must file in paper form to be scanned. **\*\*\* As a result, service of the Notice of Meeting of Creditors must be made by the filer upon all creditors. A certificate of service must be filed with the Court \*\*\***

[    ]    The last four digits of the debtor(s)' social security number(s) on the petition do not coincide with the number(s) entered in CM/ECF. **FORM B21, THE STATEMENT OF DEBTOR(S)' SOCIAL SECURITY NUMBER(S) MUST BE MAILED TO THE COURT. DO NOT E–FILE THIS DOCUMENT.**

[    ]    The electronic signature (/S/ Names) is missing from the following:

[    ]    The current version of Official Forms was not used.

[    ]    Corporate Ownership Statement [    ] is missing or [    ] Other:

[    ]    Attorney Disclosure Statement [    ] is missing or [    ] Other:

[    ]    Other:

The current version of the following Official forms, statements and/or schedules must be filed as required by Rule 1007.

[   ] Voluntary Petition (Form 1)                                           [   ] Schedule F – Unsecured Nonpriority Claims (Form 6F)
[   ] Exhibit D (Form 1)                                                    [   ] Schedule G – Executory Contracts (Form 6G)
[   ] Summary of Schedules (Form 6–Summary)                                 [   ] Schedule H – Codebtors (Form 6H)
[   ] Statistical Summary of Certain Liabilities (Form 6–Statistical Summary)  [   ] Schedule I – Current Income (Form 6I)
[   ] Declaration Concerning Debtor's Schedules (Form 6–Declaration)        [   ] Schedule J – Current Expenditures (Form 6J)
[   ] Schedule A – Real Property (Form 6A)                                  [   ] Statement of Financial Affairs (Form 7)
[   ] Schedule B – Personal Property (Form 6B)                              [   ] Chapter 7 Individual Debtor's Statement of Intention (Form 8)
[   ] Schedule C – Property Claimed Exempt (Form 6C)                        [   ] Official Form 22A – Chapter 7 Means Test
[   ] Schedule D – Secured Claims (Form 6D)                                 [   ] Official Form 22C – Chapter 13 Monthly &Disposable Income
[   ] Schedule E – Unsecured Priority Claims (Form 6E)

The debtor(s)' must comply with all filing requirements for documents and/or information as set forth in the Bankruptcy Code and Bankruptcy Rules. Please contact the Clerk's office if you have any questions.

Dated: January 7, 2009                                              Paul R. Warren
                                                                   Clerk, U.S. Bankruptcy Court

                                                                   By:   M. Schwenk
                                                                         Deputy Clerk

                                                                                          **Form defyBK**
                                                                                          Doc 1